In the Matter of the Transfer Tax upon the Estate of FREDERICK T. MARTIN, Deceased.

METROPOLITAN TRUST COMPANY, as Executor, Appellant; THE COMPTROLLER OF THE STATE OF NEW YORK, Respondent.

*Matter of Martin,* 173 App. Div. 1, appeal dismissed.
(Argued October 3, 1916; decided October 17, 1916.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 15, 1916, which reversed a decree of

the New York County Surrogate's Court adjudging that Frederick T. Martin was not, at the time of his death, a resident of the state of New York, and that his estate is not subject to taxation under the Transfer Tax Law of the state of New York.

The following question was certified: " Is the intangible property belonging to the estate of the decedent subject to taxation under the Transfer Tax Law upon a proper interpretation of the word ' resident ' as employed in that statute ? "

*John B. Pine* for appellant.

*John B. Gleason* for respondent.

Appeal dismissed, with costs, on the ground that the question certified involves the determination of a question of fact. (217 N. Y. 601.)

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.